UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY JOEL JUDY, an individual,

    Plaintiff,

v.                                            Case No:  2:18-cv-693-FtM-99UAM

EDISON PARK PLAZA CENTER, LLC,

    Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Unopposed Motion for Enlargement of Time to Conduct Mediation filed on February 12, 2019. Doc. 16. Defendant seeks to extend the deadline for mediation from February 25, 2019 to March 27, 2019 to accommodate scheduling a mutually convenient date for the parties to mediate. *Id.* at 1-2; *see* Doc. 11. Plaintiff does not oppose the request. Doc. 16 at 2. For good cause shown and because the motion is unopposed, the Court will grant the requested extension. Further, based on the extension of the mediation deadline, the Court will adjust the deadline for the parties to jointly file a status report advising the Court as to the status of settlement discussions. *See* Doc. 11 at 2.

ACCORDINGLY, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Enlargement of Time to Conduct Mediation (Doc. 16) is **GRANTED**. The parties shall have up to and including **March 27, 2019** to complete mediation.

2. By **April 10, 2019**, the parties must jointly file a status report advising the Court whether they have settled the case or reached an impasse. All other directives set forth in the ADA Title III Scheduling Order (Doc. 11) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of February, 2019.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of record